# IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER JASON HELFRICH,
Petitioner,
vs.
THE STATE OF NEVADA; AND THE
HONORABLE DAVID R. GAMBLE,
Respondents.

No. 71485

FILED

DEC 1 6 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This is an original pro se petition for a writ of mandamus arising from a parental rights termination matter.

Having considered the petition, we conclude that petitioner has not demonstrated that our intervention by extraordinary writ relief is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Petitioner contends that the district court lacks subject matter jurisdiction over the underlying proceeding, but fails to provide any legally supportable grounds for his contention. Moreover, petitioner can appeal if his parental rights are terminated. *See* NRAP 3A(b)(1) (allowing an appeal from a final judgment); *Pan*, 120 Nev. at 224, 88 P.3d at 841 (providing that an appeal is generally considered an adequate legal remedy precluding writ relief). Accordingly, we decline to

16-39159

intervene in this matter and we deny the petition. *See* NRAP 21(b)(1); *Smith v. Eighth Judicial Dist. Court,* 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (stating that a petition for extraordinary writ relief is purely discretionary with this court).

It is so ORDERED.

_____ Cherry , J.
Cherry

_____ Douglas , J.
Douglas

_____ Gibbons , J.
Gibbons

cc:  Hon. David R. Gamble, Senior Judge
Peter Jason Helfrich
Attorney General/Carson City
Nye County Clerk